CITY OF BUFFALO, Respondent, *v.* THE FRONTIER TELE-
PHONE COMPANY et al., Appellants.

*City of Buffalo* v. *Frontier Telephone Co.*, 139 App. Div. 926,
affirmed.
(Argued October 24, 1911; decided November 21, 1911.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered June 10, 1910, affirming a judgment in favor of
plaintiff entered upon a decision of the court at a Trial
Term without a jury in an action to recover under an
alleged agreement whereby the defendants were to pay
to plaintiff a certain percentage of their gross receipts in
consideration of permission to string their wires along the
streets and avenues of the city of Buffalo.

*Daniel J. Kenefick* and *Guy Wellman* for appellants.

*Clark H. Hammond, Corporation Counsel (George E.
Pierce* of counsel), for respondent.

Judgment affirmed, with costs.   The defendant having
applied for and voluntarily entered into the agreement
with the city, it is not in a position to challenge its
validity; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN,
WERNER, CHASE and COLLIN, JJ.